**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert Earl CUNNINGHAM, Defendant–Appellant.**

No. 14-30259

United States Court of Appeals, Ninth Circuit.

Submitted September 27, 2016 *

Filed October 04, 2016

Audrey Jane Renschen, Jo Ann Farrington, Office of the U.S. Attorney, Federal Bldg. & U.S. Courthouse, Anchorage, AK, for Plaintiff–Appellee

Jamie McGrady, Esquire, Assistant Federal Public Defender, Daniel F. Poulson, FPDAK–Federal Public Defenders, Anchorage, AK, for Defendant–Appellant

Before: TASHIMA, SILVERMAN, and M. SMITH, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

MEMORANDUM **

Robert Earl Cunningham appeals from the district court's judgment and challenges the 600–month sentence imposed following his guilty-plea conviction for six counts of sexual exploitation of a child, in violation of 18 U.S.C. §§ 2251(a), (b), and (e). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Cunningham contends that the sentence is substantively unreasonable. The district court did not abuse its discretion in imposing Cunningham's sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The above-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) factors and the totality of the circumstances, including the nature of the offense and the need to protect the public. *See Gall*, 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.